

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

July 27, 2023

2023-2154 - Rodriguez Thomas v. US

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance) submitted by Evelyn M. Rodriguez Thomas is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- Counsel <u>William Emil Cassara</u> listed on the Entry of Appearance has not registered for an electronic filer account with this court's electronic filing system. Fed. Cir. R. 25(a)(2). Refer to the court's <u>Electronic Filing Procedures</u> ("Attorney Registration") for registration information. A corrected form must be filed. Please file the corrected form once counsel has registered, or remove unregistered counsel from the corrected form.

  *[Clerk's Note: No registration found for "William Emil Cassara." An active account exists for "William Cassara I." Please review account information and, if appropriate, update registration or contact information.]*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An</u>

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

/s/ Jarrett B. Perlow

Jarrett B. Perlow
Clerk of Court
By: A. Kleydman, Deputy Clerk